IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DALE G. LOEPKER,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

Defendant.                                          No. 07-0830-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendant's motion for extension of time to file Defendant's brief (Doc. 12). Said motion is **GRANTED**. The Court **ALLOWS** Defendant up to and including May 7, 2008 to file his brief.

**IT IS SO ORDERED.**

Signed this 26th day of March, 2008.

/s/      David R Herndon
**Chief Judge**
**United States District Court**