# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DALE G. LOEPKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-830-DRH |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 12, 2009, the Court **AFFIRMS** the final decision of the Commissioner of Social Security and judgment is entered in favor of defendant, **MICHAEL J. ASTRUE, Commissioner of Social Security**, and against plaintiff, **DALE G. LOEPKER**.

**KEENAN G. CASADY, CLERK**

February 18, 2009         By: s /Robin Butler
                              Deputy Clerk

APPROVED: /s/   *David R Herndon*
         **CHIEF JUDGE**
         **U.S. DISTRICT JUDGE**